IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GEORGE GADD**                                                      PLAINTIFF

v.                             No. 4:09-cv-866-DPM

UNITED STATES OF AMERICA;
THE DEPARTMENT OF JUSTICE,
Eric Holder, Jr., Attorney General; and
THE DEPARTMENT OF VETERANS
AFFAIRS, Eric K. Shinseki, Secretary                                 DEFENDANTS

## JUDGMENT

The Court dismisses Gadd's amended complaint, *Document No. 37*. Counts I-IV are dismissed with prejudice. Count V is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 March 2012