IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GEORGE GADD**                                                                 PLAINTIFF

v.                              No. 4:09-cv-866-DPM

UNITED STATES OF AMERICA;
THE DEPARTMENT OF JUSTICE,
Eric Holder, Jr., Attorney General; and
THE DEPARTMENT OF VETERANS
AFFAIRS, Eric K. Shinseki, Secretary                         DEFENDANTS

## JUDGMENT

The Court dismisses Gadd's amended complaint, *Document No. 37*. Counts I-IV are dismissed with prejudice. Count V is dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 March 2012